FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 1 3 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr127-WHA |
| ) | [18 U.S.C. §§ 641 and 2] |
| NAKASHA DENISE WOODS ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **NAKASHA DENISE WOODS**, was a resident of Montgomery, Alabama.

2. On or about September 24, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Nakasha Woods. That application falsely represented that Woods had suffered losses to a property she rented as her primary residence in Harvey, Louisiana. In fact, Woods did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to Woods in Montgomery, Alabama. Woods, aided and abetted by others, cashed the check and received proceeds from the check.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

## NAKASHA DENISE WOODS,

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 3, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123549221. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney