**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07-cr-127-WHA |
| ) | |
| NAKASHA DENISE WOODS ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and files this motion to withdraw as counsel. Undersigned counsel has not previously filed a notice of appearance, but the Federal Defender's Office was orally appointed to represent Ms. Woods. In support of this motion, defense counsel states that there is a conflict of interest in this representation. CJA Panel attorney **Jon "Jay" Taylor** has agreed to accept appointment to represent Ms. Woods.

WHEREFORE, undersigned counsel respectfully requests that this Motion be granted.

Dated this 25th day of September, 2007.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07-cr-127-WHA |
| ) | |
| NAKASHA DENISE WOODS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher A. Snyder, Esquire, Assistant United States Attorney.

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49