**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:07-CR-127-WHA** |
| | ) | |
| | ) | |
| | ) | |
| **NAKASHA DENISE WOODS,** | ) | |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Nakasha Denise Woods and counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 27th day of September, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 27th day of September, 2007.

                                              /s/  J. Carlton Taylor
                                               J. CARLTON TAYLOR (TAY058)
                                               Attorney for the Defendant

Christopher Snyder
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197