**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:07-CR-127-WHA** |
| | ) | |
| | ) | |
| | ) | |
| **NAKASHA DENISE WOODS,** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, the Defendant, Nakasha Denise Woods, by and through the undersigned counsel, J. Carlton Taylor, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

**RESPECTFULLY SUBMITTED**, this the 10th day of October, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 10th day of October, 2007.

                                                    /s/ J. Carlton Taylor
                                                    J. CARLTON TAYLOR (TAY058)
                                                    Attorney for the Defendant

Christopher Snyder
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197